## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

Robert Medley, # 251576,        )    C/A No. 2:06-1136-CMC-RSC

                            )

       Petitioner,         )

                            )

       v.             )    OPINION AND ORDER

                            )

Mr. Douglas Taylor, Warden, R.C.I.;   )

State of South Carolina; and        )

Henry McMaster, Attorney General    )

for South Carolina,           )

                            )

       Respondents.       )

_____ )

    Petitioner, proceeding *pro se*, filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 on April 19, 2006. On June 21, 2006, Petitioner filed a motion to dismiss the Petition without prejudice. In accordance with this court's order of reference and 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02(B)(2)(c), this matter comes before the court with the Report and Recommendation of United States Magistrate Judge Robert S. Carr.

    The court is charged with making a *de novo* determination of any portion of the Report and Recommendation of the Magistrate Judge to which a specific objection is made. The court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b). The court reviews only for clear error in the absence of an objection. *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310 (4th Cir. 2005) stating that "in the absence of a timely filed objection, a district court need not conduct *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" (quoting Fed. R. Civ. P. 72 advisory committee's note).

Based on his review of the record, the Magistrate Judge has recommended that the court grant Petitioner's Motion and dismiss this § 2254 habeas corpus case without prejudice. The Magistrate Judge advised Petitioner of his right to file objections to the Report and the possible consequences if he failed to do so. Petitioner has filed no objections and the time for doing so has expired.

After reviewing the Petition, the motion, the record, the applicable law, and the Report and Recommendation of the Magistrate Judge, the court finds no clear error. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and incorporated by reference. Therefore, it is

**ORDERED** that Petitioner's Motion to dismiss the Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is ***granted and the Petition is dismissed without prejudice.***

**IT IS SO ORDERED**.

s/ Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
July 28, 2006

C:\Documents and Settings\Guest\Local Settings\Temp\notesE1EF34\06-1136 Medley v. Taylor, et al. - pet's mo to dism granted wo prej - dmb.wpd